## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR411 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **BUFFIE LYNN KACKLEY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Buffie Lynn Kackley (Kackley) to review detention (Filing No. 45).  Kackley seeks release to the Dorothy B. Halfway House pending her sentence on May 24, 2007.  The court has reviewed the Pretrial Services Report and directed Pretrial Services to investigate such a placement. The court finds such a placement is not warranted.  Kackley's extensive criminal history, her prior failures to appear, her violations of previous conditions of release, and her reported use of illicit substances militate against the placement in such a program.

Accordingly, Kackley's motion to review detention (Filing No. 45) is denied.

**IT IS SO ORDERED.**

DATED this 23rd day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge