IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR411** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BUFFIE LYNN KACKLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue the sentencing hearing (Filing No. 62).

IT IS ORDERED that the Defendant's motion to continue the sentencing hearing is denied.

DATED this 23rd day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge